TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:     (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants,
**CAL DOWNEY GOODE**
**MERITON LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARGELIS FLOR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CAL DOWNEY GOODE, individually; MERITON, LLC; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00657-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

1

There are no hearings presently set before the Court.

DATED this 26th day of February, 2025.        DATED this 26 day of Feb, 2025.

**DIMOPOULOS INJURY LAW**                      **RAY LEGO & ASSOCIATES**

_____                _____
PAULA SHPIRT, ESQ., #010441                    TIMOTHY F. HUNTER, ESQ., #010622
6671 S. Las Vegas Blvd, #275                   7450 Arroyo Crossing Pkwy, #250
Las Vegas, NV 89119                            Las Vegas, Nevada 89113
Attorney for Plaintiff,
**JESSE ARGELIS FLOR**                         Attorney for Defendants, **CAL DOWNEY GOODE, MERITON LLC**

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that there are no hearings presently set for the matter; it is hereby ordered as follows:

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff Jesse Argelis Flor, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 28 day of February, 2025.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted,

RAY LEGO & ASSOCIATES

_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113

Attorney for Defendants, **CAL DOWNEY GOODE, MERITON LLC**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

2